MEMO ENDORSED

# Ogletree Deakins

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/16/2024

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

Matthew P. Gizzo
(212) 492-2093
matthew.gizzo@ogletree.com

July 15, 2024

**VIA ECF**

District Judge Nelson S. Roman
U.S.D.C., Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**The parties' request is GRANTED IN PART. All case proceedings are stayed until  October 14, 2024. The parties are directed to provide the Court a joint status letter on October 14, 2024. The Clerk of Court is directed to terminate the motion at ECF No. 8. Dated: July 16, 2024**
                    **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:    *Perez, et al. v. Schulte Hospitality Group, Inc., et al.*
        Civil Action No. 7:24-cv-05190

Dear Judge Roman:

We represent defendant Schulte Hospitality Group, Inc. ("SHG"), in the above-referenced matter.  We write on behalf of all defendants except IHP Elmsford (NY) Owner, LLC, which has not received service of the Complaint (the "Represented Defendants"), and jointly with Plaintiffs' counsel on behalf of all plaintiffs ("Plaintiffs") (collectively, Plaintiffs and the Represented Defendants, hereinafter, are referred to as the "Parties"), to request a stay of all case deadlines (including the Represented Defendants' deadlines to move, answer, or otherwise respond to the Complaint) *sine die* pending the Parties' participation in a global mediation.  The Parties are in agreement to explore a resolution of this matter through a private, global mediation, and currently are in the process of identifying a mediator and mediation date.  The Parties believe that allocating their time and resources to exploring an early resolution best serves their interests and those of the Court, as an early resolution will reduce the time and resources the Parties and the Court will expend in relation to this matter.

Based on the foregoing, we request that all case deadlines be stayed *sine die* pending completion of the Parties' anticipated mediation.  We intend to advise Your Honor of the mediator and mediation date agreed upon by the parties when confirmed, at which time we will request the Court set a date thirty (30) days post-mediation by which the parties are to provide the Court a status update.  We thank Your Honor for considering this request.

Respectfully submitted,

Matthew P. Gizzo

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

District Judge Nelson S. Roman
U.S.D.C., Southern District of New York
July 15, 2024
Page 2


Joined by: */s/ James Castro-Blanco*
        James Castro-Blanco
        *Counsel for Plaintiffs*