**MEMO ENDORSED**

# Ogletree Deakins

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/2024

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile:  212-492-2501
www.ogletree.com

Kimberly R. Karseboom
(212) 492-2078
kimberly.karseboom@ogletree.com

September 30, 2024

**VIA ECF**

District Judge Nelson S. Roman
U.S.D.C., Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE: *Perez, et al v. Schulte Hospitality Group, Inc., et al*
    Civil Action No. 7:24-cv-05190

**The parties' request is GRANTED. All case proceedings are further stayed until January 23, 2025. The parties are directed to provide the Court a joint status letter on or before January 23, 2025. The Clerk of Court is directed to terminate the motion at ECF No. 32.**

**Dated: October 1, 2024**
**White Plains, NY**

SO ORDERED:

[signature]
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Dear Judge Roman:

We represent defendant Schulte Hospitality Group, Inc. ("SHG"), in the above-referenced matter. We write on behalf of all defendants except IHP Elmsford (NY) Owner, LLC, which has not received service of the Complaint (the "Represented Defendants"), and jointly with Plaintiffs' counsel on behalf of all plaintiff ("Plaintiffs") (collectively, Plaintiffs and the Represented Defendants, hereinafter, are referred to as the "Parties"), to request an extension of the stay of all case deadlines (including the Represented Defendants' deadlines to move, answer, or otherwise respond to the Complaint) *sine die* from October 14, 2024 to January 23, 2024, pending the Parties' participation in a global mediation. Mediation is currently scheduled for December 23, 2024 before Dina Jansenson.

The Parties believe that allocating their time and resources to exploring an early resolution best serves their interests and those of the Court, as an early resolution will reduce the time and resources the Parties and the Court will expend in relation to this matter. We thank Your Honor for considering this request.

Sincerely,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno ▪ Greenville
Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Washington

September 30, 2024
Page 2

                                                Kimberly R. Karseboom