**Ogletree Deakins**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Kimberly R. Karseboom
(212) 492-2078
kimberly.karseboom@ogletree.com

January 23, 2025

**VIA ECF**

District Judge Nelson S. Roman
U.S.D.C., Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      RE:    *Perez, et al v. Schulte Hospitality Group, Inc., et al*
               Civil Action No. 7:24-cv-05190

Dear Judge Roman:

      We represent Defendant Schulte Hospitality Group, Inc., in the above-referenced matter. We write on behalf of all Defendants, and jointly with Plaintiffs' counsel on behalf of all Plaintiffs, to provide the Court with a status update in accordance with the Court's Order requesting same. [ECF Doc. 33.] The parties are pleased to report that they have reached a settlement resolving all claims in this matter at mediation before Mediator Dina Jansenson on December 23, 2025. The parties are working to finalize settlement agreements and anticipate submitting a notice of dismissal with prejudice by March 15, 2025.

      We thank the Court for its time and attention to this matter.

                                             Sincerely,

                                             Kimberly R. Karseboom

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno ▪ Greenville
Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Washington

87578803.v2-OGLETREE