USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 5/2/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Virginia Perez, Rosemary Kelly Allcca, Marisol Abril, Maria Ruiz, Germania Hilario, Sandra Capellan, Eladia Rodriguez, Carlos Gonzalez Arias, Justino Hoges Zapata, Juan Antonio Ibarra Villalobos, Cristobal Trujillo, Henry Sanchez Familia, Ramon Piña Perez,

Plaintiffs,

v.

Schulte Hospitality Group, Inc., Hampton Inns Employer, LLC, Hampton Inns Management, LLC, Hampton by Hilton, Hilton Worldwide Holdings, Inc., Hilton Franchise Holding, LLC, IHP Elmsford (NY) Owner, LLC, KRE HIP Tarrytown Owner, LLC, Darryl Schulte, Kelly Wilken, Terron Jones, and Brandii Barbour in their official and individual capacities,

Defendants.

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO <u>F.R.C.P. 41(a)(1)(A)(i)</u>**

Case No 7:24-cv-05190

MEMO ENDORSED

**<u>NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, the Plaintiffs Virginia Perez, Rosemary Kelly Allcca, Marisol Abril, Maria Ruiz, Germania Hilario, Sandra Capellan, Eladia Rodriguez, Carlos Gonzalez Arias, Justino Hoges Zapata, Juan Antonio Ibarra Villalobos, Cristobal Trujillo, Henry Sanchez Familia, Ramon Piña Perez and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against

the defendants.

Date: April 29, 2025

James Castro-Blanco
MURTAGH, COSSU, VENDITTI
& CASTRO-BLANCO, LLP
222 Bloomindale Road, Suite 202
White Plains, New York 10605
Direct Dial 914-831-6221

**The Court having been notified of a settlement in this action hereby lifts the Stay and dismisses the action with prejudice.**

**Dated: May 2, 2025**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge